UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

American Crystal Sugar Company,

Plaintiff,

vs.

Bakery, Confectionary, Tobacco Workers and Grain Millers AFL-CIO, CLC; and Bakery, Confectionary, Tobacco Workers and Grain Millers Local 264G,

Defendants.

**Civil No. 02-785 JRT/RLE**

**ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY ORDERED that the above-captioned matter is dismissed in its entirety with prejudice and without costs or disbursements to either party.

Date: April 26, 2002

By: John R. Tunheim
The Honorable John R. Tunheim
United States District Court Judge

MPLS 210156-1

FILED APR 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______